UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    )    5:23 CR 230 -JGB
                                             )
            Plaintiff,                       )    ORDER OF DETENTION AFTER
                                             )    HEARING ( Fed.R.Crim.P. 32.1(a)(6)
      v.                                     )    Allegations of Violations of Probation
                                             )    Supervised Release)
HAESUNG KIM                                  )    Conditions of Release)
                                             )
                                             )
            Defendant.                       )
_____      )

      On arrest warrant issued by a United States District Court involving alleged

violations of conditions of probation or Supervised Release,

      The court finds no condition or combination of conditions that will

reasonably assure:

      (A)    (✓   the appearance of defendant as required; and/or

      (B)    (✓   the safety of any person or the community.

//

//

1    The court concludes:

2    A.    ( ✓ )    Defendant poses a risk to the safety of other persons or the community

3    because defendant has not demonstrated by clear and convincing

4    evidence that:

5    • ALLEGATION OF DRIVING UNDER THE INFLUENCE

6    • ISSUANCE OF TEMP. PROTECTIVE ORDER

7    AGAINST Δ.

8

9

10    (B)    ( ✓ )    Defendant is a flight risk because defendant has not shown by clear

11    and convincing evidence that:

12    • FAILURE TO COMPLY W/ COURT ORDERS

13    (SUPERVISED RELEASE)

14    • SUBSTANTIAL SUBSTANCE ABUSE ISSUES /

15    ALCOHOL ABUSE

16

17    IT IS ORDERED that defendant be detained.

18

19    DATED: 10/7/24

20

21

22

23    DAVID T. BRISTOW

24    UNITED STATES MAGISTRATE JUDGE

25

26

27

28

2